## Commonwealth ex rel. Bogart, Appellant, *v.* Myers.

Submitted March 23, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

Robert Bogart, appellant, in propria persona.

Vincent A. Couchara, Assistant District Attorney, for appellee.

OPINION PER CURIAM, April 12, 1962:

The order of the court below is affirmed on the opinion of President Judge FORREST of the Court of Common Pleas of Montgomery County, as reported in 26 Pa. D. & C. 2d 607.